UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. FOSS, Derivatively on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG A. BARBAROSH, GEORGE H. BRISTOL, JAMES C. MALONE, PETER M. NEUPERT, MORRIS PANNER, D. RUSSELL PFLUEGER, STEVEN T. PLOCHOCKI, SHELDON RAZIN, and LANCE E. ROSENWEIG,<br><br>Defendants,<br><br>-and-<br><br>QUALITY SYSTEMS INC.,<br><br>Nominal Defendant. | Case No.  SACV14-00110-CJC (JPRx)<br><br>**ORDER GRANTING PARTIES' STIPULATION REGARDING ENTRY OF TEMPORARY STAY OF DERIVATIVE ACTION**<br><br>Judge:  Honorable Cormac J. Carney<br>Dept:    9B |

Upon consideration of the Parties' Stipulation Regarding Entry of Temporary Stay of Derivative Action, it is hereby ORDERED that the Parties' Stipulation is GRANTED, as follows:

1. All proceedings, including motions practice and discovery, in *Foss v. Barbarosh*, Case No. SACV14-00110-CJC (JPRx), are hereby stayed until the United States Court of Appeals for the Ninth Circuit issues a ruling on the appeal pending in *In re Quality Systems, Inc. Securities Litigation,* No. 15-55173. Counsel for parties in the instant action will meet and confer concerning further proceedings in the action within fourteen (14) days after the issuance of such a ruling.

Dated: March 16, 2015

_____
Honorable Cormac J. Carney
United States District Judge