| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Peter A. Wald (Bar No. 85705)<br>505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California  94111-6538<br>Telephone: +1.415.391.0600 |
| 4 | Facsimile: +1.415.395.8095<br>E-mail: peter.wald@lw.com |
| 5 | LATHAM & WATKINS LLP |
| 6 |    Michele D. Johnson (Bar No. 198298)<br>   Andrew R. Gray (Bar No. 254594) |
| 7 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, California  92626-1925 |
| 8 | Telephone: +1.714.540.1235<br>Facsimile: +1.714.755.8290 |
| 9 | E-mail: michele.johnson@lw.com<br>         andrew.gray@lw.com |
| 10 | Attorneys for Defendants and Nominal |
| 11 | Defendant, Quality Systems, Inc. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY J. FOSS, Derivatively on Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>CRAIG A. BARBAROSH, GEORGE H. BRISTOL, JAMES C. MALONE, PETER M. NEUPERT, MORRIS PANNER, D. RUSSELL PFLUEGER, STEVEN T. PLOCHOCKI, SHELDON RAZIN, and LANCE E. ROSENZWEIG,<br><br>            Defendants,<br><br>-and-<br><br>QUALITY SYSTEMS, INC.,<br><br>            Nominal Defendant. | Case No. 8:14-cv-00110-CJC-JPR<br><br>**Derivative Action**<br><br>**DEFENDANTS' AND NOMINAL DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>Judge:  Hon. Cormac J. Carney<br>Date:   April 16, 2018<br>Time:  1:30 p.m.<br>Place:  Courtroom 9B<br><br>**Oral Argument Requested** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS
Case No.: 8:14-cv-00110-CJC-JPR

# NOTICE OF MOTION AND MOTION

**ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 16, 2018, at 1:30 p.m., or at such later date and time as the Court may order, in the Courtroom of the Honorable Cormac J. Carney, Courtroom 9B, United States District Court, Central District of California, located at 411 West 4th Street, Santa Ana, California, nominal defendant Quality Systems, Inc. ("QSI" or the "Company"), and defendants Craig A. Barbarosh, George H. Bristol, James C. Malone, Peter M. Neupert, Morris Panner, D. Russell Pflueger, Steven T. Plochocki, Sheldon Razin, and Lance E. Rosenzweig (collectively, "Defendants") will and hereby do move for an Order dismissing with prejudice plaintiff Timothy J. Foss's ("Plaintiff") Verified Shareholder Derivative Complaint dated January 24, 2014 (the "Complaint"). This Motion is made pursuant to Federal Rule of Civil Procedure 23.1 for failure to make a pre-suit demand on QSI's Board of Directors or to adequately plead that the demand requirement was excused.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 5, 2017, and is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Andrew R. Gray and exhibits thereto, Defendants' Request That the Court Consider Documents Incorporated by Reference or Subject to Judicial Notice In Ruling on Motion to Dismiss, the Complaint, the Court's record in this matter, the arguments of counsel, and other evidence that may be presented prior to the Court's decision on this Motion.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS
Case No.: 8:14-cv-00110-CJC-JPR

| | | |
|---|---|---|
| 1 | Dated:  February 2, 2018 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By: /s/ Andrew R. Gray<br>      Andrew R. Gray |
| 4 | | Attorneys for Nominal Defendant Quality Systems, Inc. and Defendants Craig A. Barbarosh, George H. Bristol, James C. Malone, Peter M. Neupert, Morris Panner, D. Russell Pflueger, Steven T. Plochocki, Sheldon Razin, and Lance E. Rosenzweig |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

2

DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS
Case No.: 8:14-cv-00110-CJC-JPR